UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 1974

| | |
|---|---|
| MONTE PASCHI ASSET MANAGEMENT S.G.R. S.P.A., | CIVIL ACTION NO. |
| Plaintiff, | RULE 7.1 STATEMENT |
| v. | |
| VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO, | |
| Defendants. | |



## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9], and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Monte Paschi Asset Management S.G.R. S.p.A**, (a private-non governmental party), certifies on information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**Banca Monte Paschi di Siena S.p.A.**

Dated: February 27, 2008
    New York, New York

By: _____

THE SHAPIRO FIRM, LLP
Jonathan S. Shapiro (JS-3068)
Robert J. Shapiro (RS-3220)
500 Fifth Avenue
New York, New York 10110

Telephone: 212-391-6464
Facsimile: 212-719-1616

*Local Counsel for Plaintiff*

**SCHIFFRIN BARROWAY**
　**TOPAZ & KESSLER, LLP**
John A. Kehoe (JK-4589)
Stuart L. Berman
David Kessler
Darren J. Check
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056

*Counsel for Plaintiff*